IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,

    Plaintiff, : Case No. 1:19-cr-57
        Civil Case No. 1:22-cv-00665
-vs-
        District Judge Susan J. Dlott
DeANGELO CONLEY,        Magistrate Judge Michael R. Merz

    Defendant. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 385), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that Defendant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 334) be DISMISSED with prejudice.

Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

May __9__, 2024.

                              _____
                              Susan J. Dlott
                              United States District Judge